## GRAY V. THE STATE.

(Decided June 30, 1908.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

W. T. WARD, for appellant. ALEXANDER M. GARBER, Attorney General, for State.

Per curiam. Appeal dismissed.

---

## HARRIS, ET AL. V. GUNTER, ET AL.

(Decided June 30, 1908.)

APPEAL from Mobile Law and Equity Court.

Heard before Hon. SAFFOLD BERNEY.

J. G. HAMILTON, GAILLARD & MAHORNER, BESTOR, BESTOR & YOUNG, and JOHN E. MITCHELL, for appellant. GUNTER & GUNTER, and SULLIVAN & STALLWORTH, for appellee.

Per curiam. Appeal dismissed.